```
Form 27 - GENERAL PURPOSE
        MAYERSON & ASSOCIATES
        ATTN:
US DISTRICT COURT        SOUTHERN/NY   COUNTY
-------------------------------------------------
                                                    Index No. 08 CV 01576
A.G. AND L.G. ON BEHALF OF N.G.      plaintiff
                                                    Date Filed  ............
             - against -
                                                    Office No.
NEW YORK CITY DEPARTMENT OF HEALTH    defendant
AND HYGIENE                                         Court Date:    /  /
-------------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**JOEL GOLUB**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
   That on the  **15th  day of February, 2008**    at  **03:13 PM.**,          at
   **%KATHERINE A. CLEMENS, OFFICE OF GENERAL COUNSEL
   FOR MENTAL HYGIENE 125 WORTH ST. RM. 618 NEW YORK,** NY
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **NEW YORK CITY DEPARTMENT OF HEALTH AND HYGIENE**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **LAURA BUFORD,  ASSISTANT CLERK AUTHORIZED TO ACCEPT SERVICE**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
       APP. AGE: **35**       APP. HT: **5:6**        APP. WT: **150**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
19th  day of  February, 2008ni


SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA7112584