UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

A.G. and L.G., on behalf of N.G.,

                            Plaintiffs,    08-Civ.-01576 (LAK)(HBP)

                -against-                **NOTICE OF APPEARANCE**

New York City Department of Health & Mental Hygiene,

                            Defendant.

------------------------------------------------------------------- x

       **PLEASE** enter the appearance of the undersigned on behalf of the New York City Department of Health and Mental Hygiene.

Dated:     New York, New York
            March 5, 2008

                                      Michael A. Cardozo
                                      Corporation Counsel of the
                                       City of New York
                                      Attorney for Defendant
                                      100 Church Street, Room 2-164
                                      New York, New York 10007
                                      212-788-0874

                         By:   _____
                             Chevon Andre Brooks, Esq. (CB 1616)
                             Assistant Corporation Counsel


To:    Gary S. Mayerson (GSM8413)
        Mayerson & Associates
        Attorneys for Plaintiff
        330 West 38th Street, Suite 600
        New York, New York 10018
        (via ECF)