# MEMO ENDORSED



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08
```

Chevon Andre Brooks
212-788-0874
212-788-8877 (fax)

March 4, 2008

By hand delivery:
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007



RECEIVED MAR - 5 2008 JUDGE KAPLAN'S CHAMBERS

Re:   A.G. et al, v. NYC Dep't of Health and Mental Hygiene
      Index No.: 08 CIV 01576(LAK)(HBP)

Dear Judge Kaplan:

I am the Assistant Corporation Counsel with the New York City Law Department assigned to represent defendant New York City Department of Health and Mental Hygiene in this action in which plaintiffs seek review under the IDEA of the decision of an administrative law judge which denied their request for declaratory relief and tuition reimbursement for the 2006-2007 school year. I write to respectfully request that the Court grant defendant an additional 30 days (until Monday, April 7, 2008) to respond to the complaint. As the complaint was allegedly served on or about February 15, 2008, defendant is required to respond by March 6, 2008. I have communicated with plaintiff's counsel, who consents to this request. No previous requests for an adjournment have been made.

This request is made to allow defendants additional time needed for this office to investigate the allegations in the complaint, interview potential witnesses and research the applicable law.

Thank you for your consideration of this request.

SO ORDERED
[signature] 3/7/08
LEWIS A. KAPLAN, USDJ

Respectfully submitted,

[signature]

Chevon Andre Brooks (CB 1616)
Assistant Corporation Counsel

CC    Gary S. Mayerson (GSM8413)
Mayerson & Associates
Attorneys for Plaintiff
330 West 38th Street, Suite 600
New York, New York 10018
(by fax)