UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
A.G. and L.G., etc., et al.,

       Plaintiffs,

  -against-            08 Civ. 1576 (LAK)

NEW YORK CITY DEPARTMENT OF HEALTH &
MENTAL HYGIENE,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

  Plaintiffs shall show cause, on or before April 25, 2008, why an order should not be entered (1) requiring that the complaint and the caption be amended so as to set forth the names of all of the parties in accordance with Fed. R. Civ. P. 10(a), and (2) dismissing the action as against the New York City Department of Health & Mental Hygiene on the ground that it is not a suable entity. *See, e.g., Ximines v. New York City Department of Education,* 516 F.3d 156 (2d Cir. 2008) (City departments not suable entities); *S.R. v. Board of Education of the City School District of New York,* No. 08 Civ. 1035(LAK), 2008 WL 538447 (S.D.N.Y. Feb. 25, 2008) (requiring identification of plaintiffs by name).

  SO ORDERED.

Dated:  April 15, 2008

                   /s/ Lewis A. Kaplan
                   Lewis A. Kaplan
                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08