```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
A.G. and L.G., on behalf of N.G.

                Plaintiffs           08-cv-1576 (LAK)

    V.

New York City Department of Health &
Mental Hygiene,

                Defendant.
-------------------------------------------------------x

```
RECEIVED
APR 15 2008
JUDGE KAPLAN'S CHAMBERS
```

## Consent Scheduling Order

Upon consent of the parties, it is hereby
ORDERED as follows:

1. No additional parties may be joined after **5/30/08**.

2. No amendments to the pleadings will be permitted after _____.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before **N/A**.

    (b) Rebuttal expert witnesses on or before **N/A**.

4. All discovery, including any depositions of experts, shall be completed on or before **5/30/08**.

5. A join pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before **N/A***.

6. Plaintiffs' and Defendant's motions for summary judgment and any other related relief shall be served on or before **6/30/08**. Plaintiffs' and Defendant's opposing papers shall be served on or before **July 30, 2008**. Plaintiffs' and Defendant's reply papers, if any, shall be served by **August 15, 2008**.

---

* This is an action under IDEIA for a review of an ALJ's Decision in defendant's favor.

7. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time. (N/A)

8. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order. (N/A)

9. Each party or group of parties aligned in interest shall submit not less than (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in timeline. (N/A)

10. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: 4/15/08

_____
Lewis A. Kaplan
United States District Judge

CONSENTED TO:

| s/ Gary S. Mayerson | s/ Chevon Andre Brooks |
|---|---|
| Gary S. Mayerson | Chevon Andre Brooks |
| Mayerson & Associates | Assistant Corporation Counsel |
| 330 West 38th Street | General Litigation Division |
| Suite 600 | New York City Law Department |
| New York, NY 10018 | 100 Church Street, 2nd Floor |
| Phone: 212-265-7200 | (212) 788-0874 |
| Fax:    212-265-1735 | Main Fax: (212) 788-0367 |
| E-mail: gary@mayerslaw.com | Local Fax: (212) 788-0877 |
|           mauricio@mayerslaw.com | E-mail: chbrooks@law.nyc.gov |