```
Form 02 - SUITABLE AGE                AETNA CENTRAL JUDICIAL SERVICES
           MAYERSON & ASSOCIATES
           ATTN:
U.S. DISTRICT COURT        SOUTHERN/NY COUNTY
-----------------------------------------------
                                              Index No. 08CIV1576LAK
A.G. AND L.G. ON BEHALF OF N.G.      plaintiff
                                              Date Filed  ............
             - against -
                                              Office No.
RICHARD F. DAINES AS COMMISSIONER OF  defendant
THE NY STATE DEPARTMENT OF HEALTH             Court Date:   /  /
-----------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK   :SS:
STEVE AVERY     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
12th day of May, 2008   01:50 PM              at
     EMPIRE STATE PLAZA (24TH FL.)
     ALBANY, NY 12237
I served the  AMENDED
              COMPLAINT
upon RICHARD F. DAINES, AS COMMISSIONER OF THE NY STATE DEPARTMENT OF HEALTH
the DEFENDANT therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     SETH ABRAMS,   ASSOCIATE ATTORNEY & CO-WORKER
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE      COLOR: WHITE    HAIR: BROWN    AGE: 55   HEIGHT: 5:8   WEIGHT: 160
OTHER IDENTIFYING FEATURES:
On 05/12/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
14th  day of  May,       2008ni           ...............................

                                          STEVE AVERY
KENNETH WISSNER                           AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York          225 BROADWAY, SUITE 1802
    No.01WI4714130                        NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY              Reference No: 7MA7127344
Commission Expires 03/30/2010
```