```
Form 02 - SUITABLE AGE            AETNA CENTRAL JUDICIAL SERVICES
          MAYERSON & ASSOCIATES
          ATTN:
U.S. DISTRICT COURT      SOUTHERN/NY COUNTY
------------------------------------------------
```

|   |   |
|---|---|
| A.G. AND L.G. ON BEHALF OF N.G.    plaintiff | Index No. 08CIV1576LAK |
| - against - | Date Filed ............ |
|   | Office No. |
| RICHARD F. DAINES AS COMMISSIONER OF   defendant THE NY STATE DEPARTMENT OF HEALTH | Court Date:   / / |

```
------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:
JOSE ESPINAL    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
12th day of May, 2008  10:56 AM                at
     125 WORTH ST. RM 618
     NEW YORK,NY 10013
I served the   AMENDED
               COMPLAINT
upon THOMAS R. FRIEDEN AS COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF HEALTH &
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with          **MENTAL HYGIENE EARLY INTERVENTION
     EVA MENDOZA--LEGAL CLERK AUTHORIZED TO ACCEPT                      PROGRAM
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE  COLOR: TAN     HAIR: BROWN     AGE: 32  HEIGHT: 5:7  WEIGHT: 140
OTHER IDENTIFYING FEATURES:
On 05/12/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
12th  day of  May,        2008i                ...J..Espinal..........

KENNETH WISSNER                                JOSE ESPINAL 1278811
Notary Public, State of New York               AETNA  CENTRAL  JUDICIAL  SERVICES
    No.01WI4714130                             225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                   NEW YORK, NY, 10007
Commission Expires 03/30/2010                  Reference No: 7MA7127345
```