```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

A.G. and L.G., on behalf of N.G.    :

               Plaintiffs,          :

     -against-                      :      08 Civ. 1576 (LAK)
                                              ECF Case
Richard F. Daines, as Commissioner  :
of the New York State Department
of Health, and Thomas R. Frieden,   :   **NOTICE OF APPEARANCE**
As Commissioner of the New York         **OF IVAN B. RUBIN**
City Department of Health & Mental  :
Hygiene,
                                    :
               Defendants.
-----------------------------------X
```

**To the Clerk of the Court and all Parties of Record:**

The undersigned hereby enters his appearance for defendant Richard F. Daines, M.D., as Commissioner of the New York State Department of Health.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        June 25, 2008

                          ANDREW M. CUOMO
                          Attorney General of the State
                              of New York


                     By_____/s/_____
                          IVAN B. RUBIN
                          Assistant Attorney General
                          State of New York
                          Office of the Attorney General
                          120 Broadway, 24th Floor
                          New York, New York 10271
                          (212) 416-6046