UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

A.G. and L.G., on behalf of N.G.    :

                    Plaintiffs,     :

          -against-                 :          08 Civ. 1576 (LAK)

Richard F. Daines, as Commissioner  :    **STIPULATION OF DISMISSAL**
of the New York State Department          **OF RICHARD F. DAINES, M.D.**
of Health, and Thomas R. Frieden,   :
As Commissioner of the New York
City Department of Health & Mental  :
Hygiene,
                                    :
                    Defendants.
-------------------------------------X

          IT IS HEREBY STIPULATED AND AGREED by and among the

plaintiffs, the defendant Richard F. Daines, as Commissioner of

the New York State Department of Health and the defendant Thomas

R. Frieden As Commissioner of the New York City Department of

Health & Mental Hygiene, by and through their undersigned

attorneys that:

          1. Defendant Richard F. Daines, as Commissioner of the

New York State Department of Health, is dismissed from the within

action pursuant to Federal Rule of Civil Procedure 41(a);

          2. Any reimbursement of the New York City Department of

Health and Mental Hygiene for the cost of the N.G. Early

Intervention program by the New York State Department of Health

will be in accord with applicable laws and regulations including

New York Public Health Law § 2557;

1

3. The New York State Department of Health will not raise this dismissal or lack of joinder in this action as a defense or in opposition to a request for reimbursement by the New York City Department of Health and Mental Hygiene for its payment, if any, of reimbursement for the costs of the N.G. Early Intervention program as claimed in the within lawsuit by the plaintiffs;

4. For the purposes of executing this stipulation, only, defendant Richard Daines waives the service of the Summons in this lawsuit.

Dated: New York, New York
       June 24, 2008

MAYERSON & ASSOCIATES
Attorney for Plaintiffs, A.G. and L.G.

By:
    (Gary S. Mayerson
    330 West 38th Street Suite 600
    New York, New York 10018
    (212) 265-7200

MICHAEL A. CARDOZO
Corporation Counsel of the City of
New York
Attorney for Defendant Thomas R.
Frieden, As Commissioner of the
New York City Department of Health
& Mental Hygiene

By:
    Chevon Andre Brooks
    Assistant Corporation Counsel
    100 Church Street, Room 2-164
    New York, New York 10007

2

(212) 788-0874

ANDREW M. CUOMO
Attorney for Defendant Richard F.
Daines, M.D., as Commissioner of the
New York State Department of Health

By: _____

Ivan B. Rubin
Assistant Attorney General
120 Broadway
New York, New York 10271

SO ORDERED:

for Lewis A. Kaplan, U.S.D.J.
Dated: 6/24 , 2008
By Hon. Sydney H. Stein, Part I

3