USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

**Mayerson & Associates**
330 W. 38th Street, Suite 600
New York, New York 10018
TEL: 212.265.7200   FAX: 212.265.1735
E-MAIL: ADMIN@MAYERSLAW.COM

mayerslaw.com

RECEIVED
JUN 2 7 2008
JUDGE KAPLAN'S CHAMBERS

**VIA EMAIL**

June 25, 2008

Hon. Lewis A. Kaplan
United States District Judge
UnitedStates Courthouse
500 Pearl St., Room 1310
Courtroom 12D
New York, NY 10007
E-mail: Orders_and_Judgments@nysd.uscourts.gov

**MEMO ENDORSED**

Re: <u>A.G. and L.G. on behalf of N.G. v. New York City Department of Health & Mental Hygiene</u>
Index No. 08-cv-1576 (LAK)(HBP)

Dear Judge Kaplan:

We are jointly writing to Your Honor on behalf of plaintiffs-appellants and defendant appellee Thomas. R. Frieden, in his capacity as Commissioner. [1]

We are jointly requesting a 30 day extension of the existing (June 30, 2008) date for the submission of dispositive motions (an extension to and including July 30, 2008).

The extension is being sought because the parties need time meet to consider whether we will stipulate as to the full extent of the reviewable record, which is fairly voluminous. We anticipate that this process can be completed in the next few weeks.

We respectfully request that Your Honor endorse this letter request as "so ordered."

Sincerely,

Gary S. Mayerson, Esq. (8413)
(Attorney for Appellants)

Chevon Brooks, Esq. (CB 1616)
(Assistant Corporation Counsel)

SO ORDERED 6/30/08

Sidney H. Stein, USDJ
Part I

cc: Chevon Andre Brooks, Esq. (Via e-mail: chbrooks@law.nyc.gov)

---

[1] A Stipulation is circulating that, when fully executed and "so ordered" by Your Honor, will operate to discontinue this action against the New York State Department of Health and Richard F. Daines as its Commissioner.