# MAYERSON & ASSOCIATES

330 WEST 38TH STREET, SUITE 600 • NEW YORK, NEW YORK 10018
PHONE (212) 265-7200 • FAX (212) 265-1735 • EMAIL: ADMIN@MAYERSLAW.COM

WWW.MAYERSLAW.COM

---

July 17, 2008

**VIA ECF and Regular Mail**

Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court
500 Pearl St., Room 1310
New York, NY 10007

      Re: **A.G. and L.G. on behalf of N.G. v. New York City Department of Health & Mental Hygiene**
          Index No. 08-cv-1576 (LAK)(HBP)

Dear Judge Kaplan:

    We represent Plaintiffs-Appellants in the above referenced matter. We appreciate the Court's recent endorsement, granting both parties a 30-day extension to submit our respective dispositive motions, resulting in a new deadline of July 30, 2008. <u>This is our first request for such extension.</u>

    In connection to this new deadline, and in accordance with Your Honor's Individual Rules, attached hereto, please find a proposed Revised Scheduling Order which adjusts the remaining dates set for submission of the parties' papers.

    We have contacted Chevon Brooks, counsel for Defendants, and have obtained his consent.

    Thank you for your consideration in this matter.

                                               Sincerely,

                                               Gary S. Mayerson, Esq. (8413)
                                               (Attorney for Plaintiffs-Appellants)

cc: Chevon Andre Brooks, Esq. (Via e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

A.G. and L.G. on behalf of N.G.,

                              Plaintiffs-Appellants,

    --against--

Thomas R. Frieden, As Commissioner of
the New York City Department of
Health & Mental Hygiene,

                              Defendant-Appellee.

------------------------------------------------------------------- x

    LEWIS A. KAPLAN, District Judge:

The following revised schedule is adopted:

    1) Parties' respective motions are due no later than July 30, 2008;

    2) Parties' Responses are due no later than September 5, 2008;

    3) Replies, if any, are due no later than September 19, 2008.

**SO ORDERED**

Dated: New York, New York
        _____, 2008

                                                  _____
                                                  LEWIS A. KAPLAN
                                                  United States District Judge