UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

A.G. and L.G. on behalf of N.G.,

                   Plaintiffs-Appellants,     **PROPOSED REVISED SCHEDULING ORDER**

  --against--

Thomas R. Frieden, As Commissioner of     08 Civ. 1576
the New York City Department of              (LAK)(HBP)
Health & Mental Hygiene,

                   Defendant-Appellee.

----------------------------------------------------------------- x

LEWIS A. KAPLAN, District Judge:

The following revised schedule is adopted:

    1) Parties' respective motions are due no later than July 30, 2008;

    2) Parties' Responses are due no later than September 5, 2008;

    3) Replies, if any, are due no later than September 19, 2008.

**SO ORDERED**

Dated: New York, New York
       July __, 2008

                                             LEWIS A. KAPLAN
                                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08