UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

A.G. and L.G., on behalf of N.G.,

    Plaintiffs-Appellants,                      08 Civ. 1576 (LAK)

    --against--                              **AFFIDAVIT OF SERVICE**

Thomas R. Frieden, As Commissioner of
the New York City Department of Health & Mental Hygiene,

    Defendants.

-------------------------------------------------------------------------

I, Jessica A. Stein, being duly sworn, deposes and says that I am a legal intern employed by Mayerson & Associates, counsel for plaintiff, and that I am over the age of eighteen years; that on the 30th day of July at 330 West 38th Street, in the city of New York, I timely served copy of the Affidavit of Gary S. Mayerson on Modified *De Novo* Review and Plaintiffs-Appellants' Memorandum of Law in Support of Motion for Modified *De Novo* Review via e-mail and Federal Express on Chevon Andre Brooks, Esq., to the following address: NYC Law Department, 100 Church Street, New York, NY 10007 and chbrooks@law.nyc.gov.

                                                              */s/ Jessica A. Stein*
                                                                Jessica A. Stein

Subscribed and sworn to before me
this 30th day of July, 2008.

_____
Notary Public

    **ID Number -01C06183818**
    **Deana Colon**
    **County - Queens**
    **Notary Public**
    **Expires 3/31/2012**