# MEMO ENDORSED



**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

Chevon Andre Brooks
General Litigation Division
Phone: (212) 788-0874
Fax (212) 788-0877
E-mail: chbrooks@law.nyc.gov

July 31, 2008

**By Hand Delivery:**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: <u>A.G. et al., v. Daines, et al.</u>
Index No.: 08 CIV 01576 (LAK)(HBP)

Dear Judge Kaplan:

    I am the Assistant Corporation Counsel representing the defendant, Thomas R. Frieden, in the above captioned action. I write to request an extension, until August 1, 2008 to file the entire underlying administrative record in this action.

    Exhibits "A" through "NNN," and "1" through "16" referenced in the declarations of Chevon Andre Brooks and Dwayne Turner, dated and filed July 30, 2008, contain personally identifiable information regarding infant plaintiff, including his first and last name, as well as his confidential educational and medical information. Therefore, I respectfully request one additional day to file the entire underlying administrative record with the Court, accompanied by a motion to file the confidential documents contained within the administrative record under seal. I have not obtained plaintiffs' counsel's consent to make this motion, however, this request is made to preserve the confidentiality of his infant client.

SO ORDERED

[signature]
LEWIS A. KAPLAN, USDJ
7/31/08

Thank you for your consideration.

Very truly yours,

Chevon Ander Brooks (CB 1616)
Assistant Corporation Counsel

To: Gary S. Mayerson (GSM8413)
Mayerson & Associates
Attorneys for Plaintiff
330 West 38th Street, Suite 600
New York, New York 10018
(via facsimile and electronic email)