UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.G. and L.G., on behalf of N.G.,

                             Plaintiffs,

-against-

Richard F. Daines, as Commissioner of the New York State Department of Health, and Thomas R. Frieden, as Commissioner of the New York City Department of Health & Mental Hygiene,

                             Defendants.

1:08 Civ. 1576 (LAK)(HBP)

JOINT APPLICATION FOR ORDER SEALING FILE PURSUANT TO IDEA, 20 U.S.C. § 1417(C), THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996, MENTAL HYGIENE LAW § 33.13, AND THE FAMILY EDUCATIONAL AND PRIVACY RIGHTS ACT, 20 U.S.C. § 1232G

      Upon consideration of Plaintiffs' and Defendant's Joint Application for an order sealing the underlying administrative record ("The File") in the above captioned matter, it is hereby ORDERED that the Clerk of the Court shall maintain ~~The File, which incorporates~~ the administrative hearing transcript, Petitioners' Exhibits "A" through "NNN," and Respondent's Exhibits "1" through "16", under seal and these documents are exempt from electronic case filing pending further order of the Court.

DATED this **31** day of **July**, 2008.

UNITED STATES DISTRICT COURT

By: _____
Honorable Lewis A. Kaplan
United States District Judge

[RECEIVED stamp: JUL 31 2008 JUDGE KAPLAN'S CHAMBERS]

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08