**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------

A.G. and L.G., on behalf of N.G.,

                       Plaintiffs-Appellants,,

       --against--

                                      **08 Civ. 1576 (LAK)**

Thomas R. Frieden, As Commissioner of
the New York City Department of Health & Mental Hygiene,    **NOTICE OF MOTION**

                      Defendants.

-------------------------------------------------------------------------

PLEASE TAKE NOTICE THAT upon the pleadings, this Court's Consent Scheduling Order, the annexed

affidavit of Gary S. Mayerson with exhibits, and upon the full evidentiary record made at the administrative

level, plaintiffs-appellants shall move this Court before United States District Court Judge Lewis A. Kaplan

(a) for a modified de novo appeal and review of the January 16, 2008 Decision of the Administrative Law

Judge and (b) for an order pursuant to 20 U.S.C. Sec. 1415 reversing the ALJ's January 16, 2008 Decision

and awarding the reimbursement relief denied by the ALJ; (c) for an order declaring N.G. and his parents to

be the "substantially prevailing party;" and (d) granting plaintiffs-appellants leave to submit a fee

application pursuant to the fee-shifting provision of the IDEA statute and controlling Second Circuit

authority.

Dated: New York, New York
        July 30, 2008

                            Mayerson & Associates
                            Attorneys for Defendants-Appellants

                            By:
                            Gary S. Mayerson (GSM 8413)
                            330 West 38th Street, Suite 600
                            New York, New York 10018
                            (212) 265-7200