UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
A.G. and L.G., on behalf of N.G.,

                              Plaintiffs,      **DECLARATION OF CHEVON ANDRE BROOKS**

-against-

                              08-Civ.-01576 (LAK)(HBP)

Richard F. Daines, as Commissioner of the New York
State Department of Health, and Thomas R. Frieden, As
Commissioner of the New York City Department of Health
& Mental Hygiene,

                              Defendants.
------------------------------------------------------------------------ x

        **Chevon Andre Brooks**, under penalty of perjury, declares pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

        1.    I am an attorney in the Office of the Corporation Counsel of New York City, duly admitted to practice in the Southern District of New York. I submit this declaration in support of defendant's motion for summary judgment and to put before the Court relevant documents from the administrative record.

        2.    On June 27, 2008, I received a "true and accurate copy" of the complete record from the administrative proceeding from the New York State Department of Health.

        3.    As set forth below, annexed hereto are the exhibits submitted by the plaintiffs at the administrative hearing on July 16, 2007, July 30, 2007, August 6, 2007, September 24, 2007, October 2, 2007, and October 25, 2007 before Administrative Law Judge Kimberly A. O'Brien, numbered as they were presented at that hearing:

| | | |
|---|---|---|
| P-A | Mediation Request/Demand for Due Process | 04 Pages |
| P-B | New York City Early Intervention Program Request for Mediation and Parental Consent to Release Information | 04 Pages |

| | | |
|---|---|---|
| P-C | NYC Early Intervention (IFSP) and Parental Consent to Release Information | 15 Pages |
| P-D | Neurodevelopmental Evaluation<br>By: Christine A. Williams, M.S.<br>Cecelia McCarton, MD | 09 Pages |
| P-E | Neurological Evaluation<br>By: Arnold P. Gold, MD | 04 Pages |
| P-F | Letter from Parent to Ms. Arias and fax confirmation | 02 Pages |
| P-G | New York University Child Study Center Initial Diagnostic Evaluation<br>By: Christopher Lucas, M.D., M.P.H. | 06 Pages |
| P-H | Neurodevelopmental Evaluation<br>By: Christine A. Williams, M.S.<br>Cecelia McCarton, MD | 10 Pages |
| P-I | Summary of Early Intervention Services | 04 Pages |
| P-J | NYC Early Intervention Program Summary of Multidisciplinary Evaluation/Screening | 39 Pages |
| P-K | Daily Schedule | 02 Pages |
| P-L | Noah's Weekly Schedule | 01 Page |
| P-M | Noah's Therapy Expenditures | 03 Pages |
| P-N | Communications between Parents and Theracare | 31 Pages |
| P-O | McCarton Center Invoices | 11 Pages |
| P-P | Speech and Language Progress Report<br>By Julie E. Sandor- M.A., C.C.C. | 03 Pages |
| P-Q | Academic Report 2007<br>By Tamar Frankel- BCBA | 02 Pages |
| P-R | Choices Program | 05 Pages |

| | | |
|---|---|---|
| P- S | Receptive ID Program | 05 Pages |
| P-T | Receptive/Expressive Language Program | 07 Pages |
| P-U | Social/Emotional Program | 08 Pages |
| P- V | Discrimination Program | 05 Pages |
| P- W | Sitting Program | 09 Pages |
| P- X | Manding Program | 10 Pages |
| P- Y | Generalized Motor Imitation Program | 13 Pages |
| P-Z | Verbal Acknowledgement Program | 11 Pages |
| P-AA | Occupational Therapy Progress Report By Panagiotis Rekouits, M.A., OTR/L | 08 Pages |
| P- BB | Cognitive/Language Program | 07 Pages |
| P-CC | Language Program | 06 Pages |
| P- DD | Action ID Program | 08 Pages |
| P-EE | Block Design Program | 10 Pages |
| P-FF | Appropriate Play Program | 14 Pages |
| P-GG | Personal Info Program | 05 Pages |
| P-HH | Language Program | 05 Pages |
| P-II | Object Imitation Program | 11 Pages |
| P-JJ | Expressive Language Program | 06 Pages |
| P- KK | Communications | 81 Pages |
| P-LL | Language Program | 09 Pages |
| P-MM | Direction Following Program | 14 Pages |
| P- NN | Generalized Matching Program | 13 Pages |
| P-OO | Yearly Expenditure Current Program | 03 Pages |

-4-

| | | |
|---|---|---|
| P-PP | Incidental Eye Contact Program | 08 Pages |
| P-QQ | Email Correspondence between parent and Team | 41 Pages |
| P-RR | Email Correspondence between parent and Team | 81 Pages |
| P-SS | Oral Motor Imitation Program | 03 Pages |
| P-TT | Shapes Program | 03 Pages |
| P-UU | Colors Program | 04 Pages |
| P-VV | Visual Attending Program | 05 Pages |
| P-WW | Tacting Program | 10 Pages |
| P-XX | Pointing Program | 09 Pages |
| P-YY | Skills Tracking System -ABLLS | 03 Pages |
| P-ZZ | People ID Program | 07 Pages |
| P-AAA | Email Correspondence between parents and Team | 31 Pages |
| P-BBB | Noah's Weekly Schedule | 01 Page |
| P-CCC | Noah's Calendar | 02 Pages |
| P-DDD | Social Stories- Art Work | 06 Pages |
| P-EEE | Stacy L. Asay- Resume | 03 Pages |
| P-FFF | Lindsay J. Cherry- Resume | 01 Page |
| P-GGG | Jennifer E. Coyle- Resume | 02 Pages |
| P-HHH | Tara Edmonson- Resume | 02 Pages |
| P-III | Tamar Frankel- Resume | 02 Pages |
| P-JJJ | Panagiotis A. Rekoutis- Resume | 06 Pages |
| P-KKK | Julie E. Sandor- Resume | 01 Page |
| P-LLL | Erica J. Wyner- Resume | 02 Pages |

| | | |
|---|---|---|
| P-MMM | Marisa R. Leyden- Resume | 02 Pages |
| P-NNN | Proof of Payment and Breakdown | 192 Pages |

4. All of these documents are admissible evidence because they are either maintained in the ordinary course of defendant's business, or publicly available documents, or excerpts from the deposition testimony of the parties and witnesses taken in this action. They are also admissible because the reviewing Court of an Individuals with Disabilities Education Act appeal "shall receive the records of the administrative proceedings," when making a determination as to the accuracy of the ALJ's decision. *See 20 U.S.C. § 1415(i)(2)(C).*

Dated:   July 30, 2008
         New York, New York

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                     City of New York
                                    Attorney for Defendants
                                    100 Church Street, Room 2-164
                                    New York, New York  10007
                                    212-788-0874

                            By:   _____/s_____
                                    Chevon Andre Brooks (CB 1616)
                                    Assistant Corporation Counsel